## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

CASE NO. 10-21052-CIV-LENARD/WHITE

**KEVIN RICARDO MORLEY,**

        Petitioner,

vs.

**STATE OF FLORIDA and J.
WILLIS,**

        Respondents.

_____/

## ORDER ADOPTING REPORT AND RECOMMENDATION (D.E. 11) AND DISMISSING SUCCESSIVE PETITION FOR HABEAS CORPUS (D.E.1)

**THIS CAUSE** is before the Court on the Report and Recommendation of Magistrate

Judge Patrick A. White ("Report," D.E. 11), issued on April 14, 2010.  Petitioner Kevin

Ricardo Morley ("Petitioner") filed Objections to the Report ("Objections," D.E. 13) on May

3, 2010.  After a *de novo* review of the Report, the Objections and the record, the Court finds

as follows.

Petitioner filed his Petition for Writ of Habeas Corpus Pursuant to 28 U.S.C. § 2241

("Petition," D.E. 1) on April 5, 2010.  The Petition attacks his state court conviction for, *inter*

*alia*, attempted murder, aggravated robbery and possession of a firearm during commission

of a criminal offense.  (*See* Pet. at 2.)  The Petition alleges actual innocence based on "an

intervening opinion on April 19[,] 2009." (*Id*. at 5-6.)  This alleged opinion is not otherwise

referenced or attached.  Petitioner also indicates that he has previously filed a petition for

writ of habeas corpus attacking the same state court conviction in this Court (95-1288–CIV-

LENARD).  (*Id*. at 6.)  That petition was denied.  (*Id*.)

On April 14, 2010, the Magistrate issued his Report, wherein he found that this Petition is successive, attacking the same underlying conviction as previous actions filed by the Petitioner.  *See* 95-1288-CIV-LENARD (petition denied); 02-20639-CIV-MOORE (dismissed upon petitioner's failure to file authorization pursuant to 28 U.S.C. § 2244(b)(3)(A)); 07-21319-CIV-KING (same).  The Report recommended that this action be dismissed for Petitioner's failure to obtain authorization from the Eleventh Circuit pursuant to 28 U.S.C. § 2244(b)(3)(A).  (Report at 4.)

Petitioner filed his Objections on May 3, 2010.  The Objections generally attack amended statute 28 U.S.C. § 2254 as unconstitutional and Petitioner argues that he "is entitled to one full round of Habeas Review" on claims which were not available when his first petition was filed.  (*See* Objections at 3.)  Petitioner cites no law in support of his contentions, nor does he provide authorization from the Eleventh Circuit for this admitted successive Petition.  Consequently, the Court finds Petitioner's Objections are without merit. The instant successive Petition must be dismissed due to Petitioner's failure to obtain authorization from the Eleventh Circuit pursuant to 28 U.S.C. § 2244(b)(3)(A).

Accordingly, it is hereby **ORDERED AND ADJUDGED** that the Report and Recommendation of Magistrate Judge Patrick A. White (D.E. 11), issued on April 14, 2010, is **ADOPTED,** Petitioner Kevin Ricardo Morley's Petition for Writ of Habeas Corpus Pursuant to 28 U.S.C. § 2241 (D.E. 1), filed on April 2, 2010, is **DISMISSED,** and this Case is now **CLOSED**.

2

**DONE AND ORDERED** in Chambers at Miami, Florida this 22nd day of December, 2010.

JOAN A. LENARD

**JOAN A. LENARD**
**UNITED STATES DISTRICT JUDGE**